UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
Eastern Division

Joyce Carpenter
                                    Plaintiff,
v.                                              Case No.: 1:11−cv−08017
                                                Honorable Elaine E. Bucklo
Frederick J. Hanna & Associates, P.C.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 21, 2011:

MINUTE entry before Honorable Elaine E. Bucklo: At plaintiff's request, the case is dismissed with leave to reinstate by 12/30/11 and after that time, the dismissal will be with prejudice.Scheduling conference set for 12/22/11 is now vacated.Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.