IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Joyce Carpenter, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  11 C 8017 |
| ) | |
| Frederick J. Hanna & Associates, P.C., ) | |
| a Georgia professional corporation, ) | Judge Bucklo |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY
## DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to F.R.C.P. Rule 41, hereby stipulates to the dismissal of her claim against the Defendant, with prejudice.

Dated: November 30, 2011

One of Plaintiffs' Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

1

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 30, 2011, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties by U.S. Mail, first class postage pre-paid, on November 30, 2011, by 5:00 p.m.

Scot W. Groghan, Managing Litigation Attorney
Frederick J. Hanna & Associates, P.C.
1427 Roswell Road
Marietta, Georgia 30062


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com